February 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERTO LUIS FRUTO GUEVARA, Appellant

NO. 14-14-00888-CV                         V.

CONSUELA LEONA TSINNIJINNIE, Appellee

_____

   Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 10, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

   We further order that all costs incurred by reason of this appeal be paid by appellant, Roberto Luis Fruto Guevara.

   We further order this decision certified below for observance.